```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

ANDRE CALDIERO, Administrator of
the Estate of Judith Lorain Caldiero,
Deceased, Individually and on Behalf
of Statutory Beneficiaries                          PLAINTIFF

     vs.               Case No. 07-5074

TEXARKANA BEHAVIORAL ASSOCIATES,
L.C. d/b/a/ VISTA HEALTH                            DEFENDANT

## O R D E R

Currently before the Court is plaintiff's **Motion for Dismissal (Doc. 11).** Defense counsel has advised that he has no objection to the motion. Upon due consideration, the motion is **GRANTED** and this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED this 18th day of June 2007.

                                              /S/JIMM LARRY HENDREN
                                              JIMM LARRY HENDREN
                                              UNITED STATES DISTRICT JUDGE